KENNETH A. FEINSWOG
Bar No. 129562
400 Corporate Pointe, Suite 300
Culver City, California 90230
(310) 846-5800

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT
# OF CALIFORNIA

---------------------------------------------------------X

BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

                Plaintiff,

    -against-

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES,

                Defendants.

---------------------------------------------------------X

CIVIL ACTION NO.
12-CV-8335 ABC-JEM

[~~PROPOSED~~] **<u>PRELIMINARY INJUNCTION</u>**

    Plaintiff having moved by Order to Show Cause, with Temporary Restraining Order and Order of Seizure, for a Preliminary Injunction enjoining and restraining the defendants from manufacturing, selling and distributing merchandise bearing the name, trade name, logos, likeness and trademark of the musical performer known as Justin Bieber and ordering the seizure and impounding of such articles; and service of the Order to Show Cause, Summons

1

and Complaint having been effected upon such persons and duly authorized persons having seized and impounded said merchandise; and a hearing having been held on the 4th day of October, 2012 and Kenneth A. Feinswog appearing on behalf of plaintiff, and there being no appearances in opposition; and there being additional unidentified defendants who continue and are about to distribute or sell such merchandise who have not yet been served with process, who will unless restrained by this court, irreparably harm plaintiff through illegal sales of said merchandise.

IT IS HEREBY ORDERED THAT, defendants, their agents, servants, employees, successors and assigns, and all persons, firms and corporations acting in concert with said defendants are preliminary enjoined and restrained from:

(a) using the Justin Bieber name, trademark, likeness or logos or any colorable imitations thereof on or in connection with the sale, offering for sale, distribution or advertising of any clothing, jewelry, photographs, posters and other merchandise;

(b) manufacturing, distributing, selling or holding for sale any clothing, jewelry, photographs, posters and other merchandise bearing or otherwise using the Justin Bieber name, trade name, logos, trademark or likeness; and

(c) aiding, abetting, encouraging or inducing others to do any of the acts herein enjoined.

IT IS FURTHER ORDERED THAT the U.S. Marshal(s), or state, county or local law enforcement authorities for any district in which plaintiff enforce this order and/or persons acting under their supervision are hereby authorized and directed to seize and impound, wherever found, any and all merchandise and advertising material bearing the Justin Bieber name, trademark, logos including cartons, containers and vehicles in which same is held from six (6) hours before and six (6) hours after Justin Bieber concerts which the defendants, their agents, servants, employees, successors and assigns, and all persons, firms and corporations acting in concert with said defendants, may hereafter distribute, sell or hold for sale, within five (5) miles of the exterior borders of and including the area comprising each venue at which Justin Bieber concerts are performed throughout the United States.

IT IS FURTHER ORDERED THAT a copy of this Order and the Summons and Complaint in this action shall be served upon such person(s) at the time such seizure is effected.

IT IS FURTHER ORDERED THAT the $5,000.00 bond that was posted by plaintiff with respect to the Temporary Restraining Order is hereby continued to secure payment of such costs and damages not to exceed such sum as may be suffered or sustained by any party who is found to be wrongfully restrained hereunder.

IT IS FURTHER ORDERED THAT the process server shall offer a receipt to each person from whom merchandise is seized and that plaintiff and/or their representatives shall be deemed substitute custodians for all merchandise seized.

IT IS FURTHER ORDERED THAT each and every defendant served with a copy of this Order shall promptly, courteously and peaceably identify himself or herself to the aforementioned process server by presenting written proof of identification to said process server and said process server or agents for plaintiff shall be allowed to photograph, video tape or otherwise identify the defendant.

IT IS FURTHER ORDERED THAT any "John Doe" defendant who is hereafter served with a copy of this Preliminary Injunction and who objects to the provisions hereof may submit his or her objection to this Court or otherwise move for relief from this Court by Answer to the Complaint or Motion for other relief, but no such objection shall suspend or stay the terms hereof unless otherwise ordered by this Court.

Dated: October 4, 2012
       Los Angeles

*Audrey B. Collins*

_____
HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

Presented by:

s/Kenneth A. Feinswog
Kenneth A. Feinswog
Attorney for Plaintiff